**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

LOUIS J. PEARLMAN, *et al.,*                         Case No. 6:07-bk-00761-ABB
                                                     Chapter 11
        Debtor.                                      Jointly Administered

_____/

SONEET R. KAPILA, as CHAPTER 11
TRUSTEE for TRANS CONTINENTAL
AIRLINES, INC., LOUIS J. PEARLMAN,
and LOUIS J. PEARLMAN ENTERPRISES,
INC.,

        Plaintiff,

v.                                                   Adv. P. No. 6:09-ap-681-KSJ

SAM LICATA AND SYBIL HALL
        Defendants.

_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

This Stipulation of Dismissal (the "Stipulation") dated March 27, 2012, is made by and among Soneet R. Kapila (hereinafter, the "Trustee") in his capacity as Chapter 11 Trustee of the bankruptcy estates for the above styled substantively consolidated debtors (the "Debtors") and Sam Licata and Sybil Hall (the "Defendants") pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as made applicable to this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure. Whereas--

On March 1, 2007, (the "Petition Date"), Tatonka Capital Corporation, Integra Bank, National Association, American Bank of St. Paul, and First National Bank & Trust Company of Williston (collectively, the "Petitioning Creditors") filed against Debtor Louis J. Pearlman.

On March 8, 2007, the Petitioning Creditors filed an emergency motion for appointment of a Chapter 11 trustee (the "Emergency Motion"). As set forth in the Emergency Motion, upon information and belief, Trans Continental Airlines, Inc. ("TCA") and LJPE had been involved in one of the largest "Ponzi" schemes in the States of Florida based in fraudulent investments offered in connection with TCA, among other things.

On April 18, 2007, LJPE filed a voluntary petition under Chapter 11 of the Bankruptcy Code in Case No. 6:07-bk-01505-KSJ. Thereafter, on motion for the appointment of a trustee filed by the Office of the United States Trustee, the Court, on May 8, 2007, entered an Order Directing the Appointment of a Chapter 11 Trustee with respect to the estate of LJPE. On May 25, 2007, the Court entered an order approving the selection of Soneet R. Kapila as the Chapter 11 trustee for LJPE.

On June 12, 2009 an adversary proceeding known as *Kapila v. Licata et al,* Adv. Case No. 6:09-ap-00681-KSJ was filed by the Trustee against the Defendants wherein the Trustee sought to recover pre-petition transfers made to the Defendants by Debtor LJPE as fraudulent (the "Fraudulent Transfer Action");

The Defendants denied liability to the estate and asserted that it received the pre-petition transfers in exchange for the settlement of documented legal claims against, Louis J. Pearlman, among others;

On May 10, 2011, the Court entered an order substantively consolidating the estates of LJPE and Louis J. Pearlman along with the estates of the other jointly administered Debtors;

and

The parties to the Fraudulent Transfer Action have stipulated to the terms of dismissal as set for below;

2

A.     Upon execution of this Stipulation, the parties agree to jointly request that the Bankruptcy Court enter an order dismissing the Fraudulent Transfer Action, and all claims asserted therein, with prejudice.

B.     The parties shall bear their own costs and attorneys' fees in connection with the Fraudulent Transfer Action.

| **GENOVESE JOBLOVE & BATTISA, P.A.** | **NEJAME LAW** |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 100 Southeast Second Street | 189 South Orange Ave. |
| Miami Tower, 44th Floor | Suite 1800 |
| Miami, Florida 33131 | Orlando, Florida 32801 |
| Telephone: 305.349.2300 | Telephone: 407.245.1232 ext 105 |
| Facsimile: 305.349.2310 | Facsimile: 407.245.2980 |
| By: _____ | By: _____ |
| Monique D. Hayes, Esq. | John W. Zielinski, Esq. |

3